# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **November 16, 2021**
**MAGISTRATE JUDGE: BONGIOVANNI**  **DATE OF PROCEEDINGS**
**ESR: Mark J. Morelli**

**TITLE OF CASE:**  MJ-21-3035 (TJB)

UNITED STATES OF AMERICA,
   V.
JEREMY W. BARRINGER

**APPEARANCES:**

Ian Brater, AUSA for Government
Andrea Bergman, AFPD for Defendant
Robert Hyde, Pretrial Officer

**NATURE OF PROCEEDING:**  Initial Appearance on Complaint via Video Conference

Initial appearance held.
All parties consent to Initial Appearance by video conference.
Hearing on application by defendant for appointment of counsel.
Financial affidavit executed and filed.
Ordered application granted.
Ordered Andrea Bergman, AFPD appointed as counsel.
Initial appearance held.
Defendant advised of his rights, charges and penalties.
Waiver of preliminary hearing executed and filed.
All parties consent to detention.
Order of Detention to be entered.
Ordered defendant remanded to the custody of the US Marshals.
Brady Order to be entered.

TIME COMMENCED:  1:10 p.m.
TIME ADJOURNED:  1:20 p.m.  s/ Mark Morelli
TOTAL TIME: 10 MINUTES  Deputy Clerk